UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. NNEAMAKA OLIVER,

                  Plaintiff,

        -against-

NORTHWELL HEALTH, INC., LENOX HILL
HOSPITAL, DR. WILLIAM SPIELFOGEL, and
YANICK JOSEPH;

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_2/24/2026____

25-CV-10368 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff has filed proof of service as to all Defendants, Dkts. 8–11;

    WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed for all Defendants, Dkts. 8–11; and

    WHEREAS no Defendant has either appeared or answered.

    IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against all Defendants, in accordance with this Court's Individual Practices, by no later than **March 24, 2026**.

**SO ORDERED.**

Date:  **February 24, 2026**
      **New York, New York**

_____
      **VALERIE CAPRONI**
    **United States District Judge**

1